**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8  LARRY TOTTEN, *et al.*,                 No. C-03-1399 CW (EMC)
9          Plaintiffs,
10     v.                                  **ORDER RE EVIDENCE ON DAMAGES**
                                           **IN SUPPORT OF PLAINTIFFS'**
11 HAWORTH IRRIGATION, *et al.*,           **MOTION FOR DEFAULT JUDGMENT**
                                           **(Docket No. 53)**
12         Defendants.
                                    /
13 _____
14

15         Plaintiffs have filed a motion for default judgment, which Judge Wilken has referred to the

16 undersigned for a report and recommendation.  Having reviewed Plaintiffs' brief and accompanying

17 submissions, the Court hereby orders Plaintiffs to provide additional evidence in support for their

18 claim for unpaid contributions.  In support of this claim, Plaintiffs have submitted what appears to

19 be worksheets prepared by their auditors.  *See* Donida Decl., Exs. D-E.  However, for the most part,

20 Plaintiffs have not provided the underlying documentation on which the worksheets were based.  For

21 example, Plaintiffs have not provided or described the underlying documentation showing how they

22 determined the number of hours worked by employees.  Nor have Plaintiffs provided documentation

23 showing how they determined the fringe benefit contribution rates for the relevant time periods.

24 Plaintiffs should submit competent admissible evidence with sufficient detail to explain the

25 calculations and bases therefor.

26 ///

27 ///

28 ///

1       Plaintiffs should file this supplemental evidence with the Court by July 8, 2005.

2

3       IT IS SO ORDERED.

4

5   Dated: June 29, 2005

6                                _____

7                                EDWARD M. CHEN
                             United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California