IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAWORTH IRRIGATION, et al.,<br><br>    Defendants.<br>_____/ | No. 03-1399 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment. No objections have been received. The Court finds the Report correct, well-reasoned and thorough. The Court adopts it in every respect. Accordingly, the Magistrate Judge's Recommendation is adopted as the Order of the Court and judgment shall enter accordingly.

    Thus, the Court grants Plaintiffs' demand for an injunction requiring Defendants to submit to an audit of their financial records. The Court orders Defendants to submit to an audit on two days written notice from Plaintiffs. Pursuant to the Trust Agreement, the Court orders Defendants to permit a Trust Fund Auditor to examine and copy such books, records, papers or reports

as may be necessary to determine whether Defendants are making full and prompt payment of all sums required to be paid.

Once judgment in this case is entered, however, Plaintiffs will be barred by the doctrine of res judicata from recovering additional delinquent payments for the relevant time period that they may discover they are owed through an audit. See <u>Int'l Union of Operating Engineers v. Karr</u>, 994 F.2d 1426, 1430 (9th Cir. 1993). Thus, Plaintiffs shall notify the Court within two weeks of the date of this order whether they wish judgment to enter, or to delay entry of judgment so that they may conduct an audit and seek further contribution if warranted. If Plaintiffs fail to notify the Court within two weeks, the Court will enter judgment and close the file.

IT IS SO ORDERED.

Dated: OCT - 4 2005

CLAUDIA WILKEN
United States District Judge