James P. Watson, (SBN 46127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery, 5th Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs
LARRY TOTTEN AS CHAIRMAN AND
JOSE MORENO AS CO-CHAIRMAN OF
THE BOARD OF TRUSTEES OF THE
LABORERS TRUST FUNDS FOR
NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HAWORTH IRRIGATION, A.K.A. MARK HAWORTH IRRIGATION a business entity; and MARSHALL GORDON HAWORTH, A.K.A. MARK GORDON HAWORTH, an individual, <br><br> Defendants. | Case No. 4:03cv1399 CW (EMC) <br><br> REQUEST TO VACATE ORDER TO APPEAR FOR EXAMINATION |

TO MAGISTRATE JUDGE EDWARD M. CHEN:

Pursuant to plaintiffs' application, on April 24, 2006, the Court issued an Order To Appear For Examination, directed to judgment debtor, Marshall Gordon Haworth, aka Mark Gordon Haworth, for an examination calendared for May 25, 2006. Plaintiffs-judgment creditors have not been able to locate Mr. Haworth and serve the Order on him.

/ / /
/ / /
/ / /

-1-

1   Accordingly, plaintiffs-judgment creditors ask the Court to vacate or withdraw the Order.

2

3   DATED:   June 1, 2006                     STANTON, KAY & WATSON, LLP

4                                             By:   /s/ Bruce K. Leigh
                                                  _____
5                                                   Bruce K. Leigh
                                                    Attorneys for Plaintiffs
6

7   IT IS SO ORDERED.

8

9   DATED:   June ___2__ , 2006

10

11

12

13

14

15

16

17

18

19

20  F:\Cases\7000\7000.0998 Haworth Irrigation\PLEADINGS\Default Judgment\Req vacate OAFE.doc

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen

The Hon.
Magistrate ... ct Court

---

-2-

REQUEST TO VACATE ORDER TO APPEAR FOR EXAMINATION            CASE NO. 4:03cv1399 CW (EMC)